IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP - 8 2003

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| R. A. RAMMING, MARILYN RODDY, EVELYN HALFHILL, REVA SUE SIMS, DAVID REEVES, KARLA JEAN HUGHES, LORETTA KAY OWEN, DONNIE LOU WILLIAMS, W. L. BRUCE, individually, and W. L. BRUCE, a Texas General Partnership, | § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. CA-2:01-CV-354-J |
| NATURAL GAS PIPELINE COMPANY OF AMERICA; CHESAPEAKE PANHANDLE LIMITED PARTNERSHIP, f/k/a CHESAPEAKE PANHANDLE, INC., f/k/a MC PANHANDLE, INC.; CHESAPEAKE OPERATING, INC.; OCCIDENTAL PETROLEUM CORPORATION; and MIDCON GAS PRODUCTS CORP., f/k/a MIDCON GAS SERVICES CORP., | § § § § § § § § § § § | |
| Defendants. | § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41, Plaintiffs R. A. Ramming, Marilyn Roddy, Evelyn Halfhill, Reva Sue Simms, David Reeves, Karla Jean Hughes, Loretta Kay Owen, Donnie Lou Williams, and W. L. Bruce, individually and as a Texas general partnership (collectively "Plaintiffs"), and Defendants Chesapeake Panhandle Limited Partnership, f/k/a Chesapeake Panhandle, Inc., f/k/a MC Panhandle, Inc., and Chesapeake Operating, Inc. (together the "Chesapeake Defendants") respectively request that the Court enter its order granting dismissal with prejudice and state:

1.      The stipulating parties have settled their differences without admission of liability and desire to bring an end to this litigation.

2.      All claims, demand, debts or causes of action asserted, or assertable herein, by Plaintiffs against the Chesapeake Defendants and by the Chesapeake Defendants against Plaintiffs should be dismissed with prejudice.

3.      As a part of the settlement and compromise of their differences, the stipulating parties stipulate their desire that the Court withdraw its summary judgment entered on August 26, 2003, and that same be held for naught.

4.      With respect to the claims being dismissed, each party shall bear its own respective attorney's fees and costs.

STIPULATED TO AND APPROVED BY:

John L. Foster, SBN 07289000
MINTON, BURTON, FOSTER & COLLINS
1100 Guadalupe
Austin, Texas 78701
(512) 476-4473
(512) 476-1315 (Fax)

ATTORNEYS FOR PLAINTIFF W. L. BRUCE,
Individually and as a Texas General Partnership

James Douglas Ray, SBN 00786190
GAMMAGE, MARCIN & RAY, P.L.L.C.
11410 Old San Antonio Road (78652)
P. O. Box 151600
Austin, Texas 78715
(512) 292-6070
(512) 292-6077 (Fax)

ATTORNEYS FOR PLAINTIFFS R. A.
RAMMING, MARILYN RODDY, EVELYN
HALFHILL, REVA SUE SIMMS, DAVID
REEVES, KARLA JEAN HUGHES, LORETTA
KAY OWEN, and DONNIE LOU WILLIAMS

Maston C. Courtney, SBN 04893000
HINKLE, HENSLEY, SHANOR & MARTIN, L.L.P.
P. O. Box 9238
Amarillo, Texas 79105-9238
(806) 372-5569
(806) 374-5073 (Fax)

ATTORNEYS FOR DEFENDANTS CHESAPEAKE PANHANDLE LIMITED PARTNERSHIP, prior to merger known as CHESAPEAKE PANHANDLE, INC., f/k/a MC PANHANDLE, INC., and CHESAPEAKE OPERATING, INC.